**ORIGINAL**

# DEATH PENALTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority  ✓
Send      ✓
Enter     ___
Closed    ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CIVIL MINUTES - GENERAL

Case No.   CV 89-7130-MRP          Date: December 18, 2002

Title:     ADAM MIRANDA -v- DANIEL VASQUEZ, Warden of San Quentin
           State Prison
================================================================
PRESENT:

THE HONORABLE MARIANA R. PFAELZER, UNITED STATES DISTRICT JUDGE

      PAUL PIERSON                N/A
      Courtroom Deputy            Court Reporter

ATTORNEYS FOR PLAINTIFFS:       ATTORNEYS FOR DEFENDANTS:

N/A                             N/A

PROCEEDINGS:   (IN CHAMBERS)    ORDER RE: STATUS

Pursuant to an inquiry by the court clerk of the Attorney
General's Office for the State of California regarding the status
of this action, notice was provided that the requested briefing
on the anticipated evidentiary hearing by the California State
Court has been completed and counsel are awaiting their
opportunity for oral argument. This Court orders counsel to file
a joint status report upon a ruling by the California Supreme
Court. Furthermore, the Attorney General's Office is directed to
file an appropriate pleading within ten days, informing this
Court of the new Deputy Attorney General that has replaced the
former Deputy Attorney General, Frederick C. Grab.

ENTERED ON ICMS
DEC 19 2002
CV

MINUTES FORM 11                         Initials of Deputy Clerk ___
CIVIL - GEN

DEC 19 2002                                                    270