

**SEND**

FILED
CLERK, U.S. DISTRICT COURT
AUG 18 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA,<br><br>PETITIONER,<br>v.<br><br>DANIEL VASQUEZ, Warden,<br><br>RESPONDENT, | CASE NUMBER<br><br>CV 89-7130 MRP<br><br><br>ORDER RETURNING CASE<br><br>FOR REASSIGNMENT |
|---|---|

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: August 12, 2003

Honorable Mariana R. Pfaelzer
United States District Judge

---

NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge ___A. Howard Matz___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___AHM___ after the case number in place of the initials of the prior judge so that the case number will read CV 89-7130 AHM.

This is very important because documents are routed to the assigned judge by means of the initials.

CV-89 (02/98)   ORDER RETURNING CASE FOR REASSIGNMENT

ENTERED ON ICMS 8/18/03