1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, LLP
   A Limited Liability Law Partnership
3    65 N. Raymond Avenue, Suite 320
     Pasadena, CA 91103
4    Telephone: (626) 685-2550
     Fax: (626) 685-2562
5  Attorneys for Petitioner
   ADAM MIRANDA
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
     300 South Spring Street, Suite 1702
13   Los Angeles, CA  90013
     Telephone: (213) 620-6059
14   Fax: (213) 897-6496
     Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17                 IN THE UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  ADAM MIRANDA, | **DEATH PENALTY CASE** |
| 21               Petitioner, | CV-89-7130 AHM |
| 22       v. | **JOINT STATUS REPORT TO CONTINUE STAY AND ABEYANCE OF CASE** |
| 23  ROBERT L. AYERS, JR., Warden, | |
| 24               Respondent. | Hon. A. Howard Matz<br>U.S. District Judge |

KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, LLP
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorney for Petitioner
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 620-6059
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MIRANDA,<br><br>                 Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>                 Respondent. | **DEATH PENALTY CASE**<br><br>CV-89-7130 AHM<br><br>**JOINT STATUS REPORT TO CONTINUE STAY AND ABEYANCE OF CASE**<br><br>Hon. A. Howard Matz<br>U.S. District Judge |

Petitioner, ADAM MIRANDA, and Respondent, ROBERT L. AYERS, Jr., do hereby provide this Honorable Court with a status report. This status report is based upon the following facts:

1     **WHEREAS**, on September 17, 1982, Petitioner was convicted and sentenced
2 to death in *People v. Miranda*, Case No. A362694, (hereinafter referred to as the
3 "Black case") and on February 1, 1983, in the case *People v. Miranda*, No. A372157,
4 Petitioner pled guilty to the murder of Robert Hosey (hereinafter referred to as the
5 "Hosey case");

6     **WHEREAS**, on April 26, 1985, Petitioner's direct appeal in the capital case
7 was filed and on November 12, 1987, the California Supreme Court affirmed the
8 capital conviction and denied habeas relief. *People v. Miranda* (1987) 44 Cal.3d 57.
9 On May 31, 1988, the United States Supreme Court denied Mr. Miranda's Petition for
10 Writ of Certiorari. *Miranda v. California*, (1988) 486 U.S. 1038;

11     **WHEREAS**, on November 18, 1988, Petitioner filed a Second State Habeas
12 Petition and on June 21, 1989, the California Supreme Court denied the petition. *See*
13 *In Re Adam Miranda*, S007965;

14     **WHEREAS**, on June 15, 1990, Petitioner filed his first Federal Petition for
15 Writ of Habeas Corpus in the capital case. *Miranda v. Vasquez*, U.S.D.C., Case No.
16 CV89-7130-RJK. On July 12, 1990, a First Amended Petition was filed. On or about
17 August 16, 1990, Respondent filed a motion to dismiss the First Amended Petition.
18 After additional briefing on the issues, the United States District Court for the Central
19 District of California, on August 23, 1991, stayed the federal habeas petition and
20 ordered Petitioner to litigate the unexhausted claims before the California Supreme
21 Court;

22     **WHEREAS**, on August 31, 1992, Petitioner filed his Third State Habeas
23 Petition before the California Supreme Court, *In Re Adam Miranda* S028518 and on
24 October 13, 1993, the California Supreme Court denied the Third State Habeas
25 Petition;

26     **WHEREAS,** on or about April 8, 1994, Petitioner filed his Second Amended
27 Petition for Writ of Habeas Corpus in federal court. Respondent filed his Answer on
28 or about August 26, 1994 and Petitioner filed his Traverse on November 28, 1994.

1    **WHEREAS**, on July 30, 1996, after certain discovery was produced, Petitioner filed a motion for summary adjudication in this Court on three claims including a claim for prosecutorial misconduct and *Brady* violations for failing to produce material evidence relating to the Hosey killing. On November 18, 1996, this Court held a hearing on Petitioner's motion and shortly thereafter issued its ruling requiring Petitioner to return to the California Supreme Court to present the factual allegations in support of the prosecutorial misconduct/*Brady* claim. This Court stayed the federal habeas matter pending resolution of the state habeas proceeding. A copy of this Court's November 20, 1996 Order is attached as Lodged Document A hereto;

    **WHEREAS**, on January 17, 1997, Petitioner filed his Fourth Petition For Writ of Habeas Corpus in the Black case, No. S058528 and in April 1997, filed a Petition For Writ of Habeas Corpus in Hosey case, No. S060781. Thereafter, on June 27, 2001, the California Supreme Court ordered the two petitions, Nos. S058528 and S060781, consolidated. These petitions shall be referred hereinafter as the Consolidated Fourth State Habeas Petition;

    **WHEREAS**, on March 26, 2007, Petitioner filed his Fifth State Habeas Petition alleging additional claims, including a new prosecutorial misconduct/Brady claim. On or about October 4, 2007, Respondent filed an Informal Response. On February 5, 2008, Petitioner filed his Reply to Respondent's Informal Response. This Fifth State Habeas Petitioner is currently pending before the California Supreme Court. A copy of the Fifth State Habeas Petition is attached hereto as Lodged Document B.

    **WHEREAS**, on May 5, 2008, the California Supreme Court granted relief in the Consolidated Fourth State Habeas Petition. The California Supreme Court vacated the judgment of the Los Angeles Superior Court in *People v. Miranda*, 1982, No. 362694, insofar as it imposes a sentence of death. Similarly, the Court ordered that in *People v. Miranda*, 1983, No. 372157, petitioner is permitted to withdraw his

1 | guilty plea. The Court's order became final on June 4, 2008. A Copy of the
2 | California Supreme Court's opinion is attached hereto as Lodged Document C.

EDMUND G. BROWN JR.
Attorney General of the State of California

*/s/ Michael A. Katz/*

Dated: June 26, 2008

MICHAEL A. KATZ
Deputy Attorney General
Attorneys for Respondent, ROBERT AYERS, JR.

BENSINGER, RITT, TAI & THVEDT, LLP

*/s/ Michael A. Katz for Kerry R. Bensinger/*

Dated: June 26, 2008

KERRY R. BENSINGER
Attorney for Petitioner, ADAM MIRANDA

LA1989XW0007
60313634.wpd