KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorneys for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 620-6059
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM MIRANDA,** | <u>**DEATH PENALTY CASE**</u> |
| Petitioner, | CV-89-7130 AHM |
| v. | **NOTICE OF LODGING OF DOCUMENTS** |
| **ROBERT L. AYERS, JR., Warden,** | Hon. A. Howard Matz |
| Respondent. | U.S. District Judge |

1. KERRY R. BENSINGER
State Bar No. 132178
2. BENSINGER, RITT, TAI & THVEDT, LLP
A Limited Liability Law Partnership
3. 65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
4. Telephone: (626) 685-2550
Fax: (626) 685-2562
5. Attorney for Petitioner,
ADAM MIRANDA

7. EDMUND G. BROWN JR.
Attorney General of the State of California
8. DANE R. GILLETTE
Chief Assistant Attorney General
9. PAMELA C. HAMANAKA
Senior Assistant Attorney General
10. KEITH H. BORJON
Supervising Deputy Attorney General
11. MICHAEL A. KATZ
Deputy Attorney General
12. State Bar No. 129887
   300 South Spring Street, Suite 1702
13.   Los Angeles, CA 90013
   Telephone: (213) 620-6059
14.   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM MIRANDA,**<br><br>Petitioner,<br><br>v.<br><br>**ROBERT L. AYERS, JR., Warden,**<br><br>Respondent. | **DEATH PENALTY CASE**<br><br>CV-89-7130 AHM<br><br>**NOTICE OF LODGING OF DOCUMENTS**<br><br>Hon. A. Howard Matz<br>U.S. District Judge |

Petitioner, ADAM MIRANDA, and Respondent, ROBERT L. AYERS, JR., hereby lodges with this Court the following documents:

    1. Lodged Document A - Court's Order of November 20, 1996.

1

2. Lodged Document B - Fifth State Habeas Petition.

3. Lodged Document C - California Supreme Court's opinion.

EDMUND G. BROWN JR.
Attorney General of the State of California

Dated: June 26, 2008

**/s/ Michael A. Katz**
_____
MICHAEL A. KATZ
Deputy Attorney General
Attorneys for Respondent, ROBERT AYERS, JR

BENSINGER, RITT, TAI & THVEDT, LLP

**/s/ Kerry R. Bensinger**
_____
KERRY R. BENSINGER
Attorney at Law
Attorney for Petitioner, ADAM MIRANDA

LA1989XW0007
Miranda_Notice of Lodging.wpd