KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax:  (626) 685-2562
Attorneys for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
    300 South Spring Street, Suite 1702
    Los Angeles, CA  90013
    Telephone: (213) 620-6059
    Fax: (213) 897-6496
    Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM MIRANDA,** | **DEATH PENALTY CASE** |
| Petitioner, | CV-89-7130 AHM |
| v. | **JOINT STIPULATION TO CONTINUED STAY AND ABEYANCE OF CASE** |
| **ROBERT L. AYERS, JR., Warden,** | |
| Respondent. | Hon. A. Howard Matz U.S. District Judge |

1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, LLP
   A Limited Liability Law Partnership
3  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
4  Telephone: (626) 685-2550
   Fax: (626) 685-2562
5  Attorney for Petitioner,
   ADAM MIRANDA
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
      300 South Spring Street, Suite 1702
13    Los Angeles, CA  90013
      Telephone: (213) 620-6059
14    Fax: (213) 897-6496
      Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17          IN THE UNITED STATES DISTRICT COURT

18          FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20  **ADAM MIRANDA,** | **DEATH PENALTY CASE** |
| 21                         Petitioner, | CV-89-7130 AHM |
| 22       v. | **JOINT STIPULATION TO CONTINUED STAY AND ABEYANCE OF CASE** |
| 23  **ROBERT L. AYERS, JR., Warden,** | |
| 24                         Respondent. | |
| 25 | Hon. A. Howard Matz U.S. District Judge |

26          Based on the procedural history explained in detail in the concurrently filed

27 joint status report, the parties do hereby request and stipulate that pursuant to this

28 Court's Order of November 20, 1996, staying and holding in abeyance the Second

                                          1

1    Amended Federal Habeas Corpus Petition, this matter should continue to be stayed

2    and held in abeyance until the California Supreme Court rules upon Petitioner's Fifth

3    State Habeas Petition.  Within twenty days of a ruling on the Fifth State Habeas

4    Petition by the California Supreme Court, Petitioner shall file a copy of the written

5    order with this Court.

6

                      EDMUND G. BROWN JR.
                      Attorney General of the State of California

7

8

9    Dated:  June 26, 2008

                      MICHAEL A. KATZ

10                       Deputy Attorney General
                      Attorneys for Respondent, ROBERT AYERS, JR

11

12                       BENSINGER, RITT, TAI & THVEDT, LLP

13

14

15                       KERRY R. BENSINGER
                      Attorney at Law

16                       Attorney for Petitioner, ADAM MIRANDA

17

18

19

20

21

22    LA1989XW0007
      60314122.wpd

23

24

25

26

27

28

                                         2