1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, L.L.P.
   A Limited Liability Law Partnership
3  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
4  Telephone: (626) 685-2550
   Fax:  (626) 685-2562
5  Attorneys for Petitioner,
   ADAM MIRANDA

6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
      300 South Spring Street, Suite 1702
13    Los Angeles, CA  90013
      Telephone: (213) 620-6059
14    Fax: (213) 897-6496
      Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| 20 | **ADAM MIRANDA,** | **DEATH PENALTY CASE** |
|----|---|---|
| 21 | Petitioner, | CV-89-7130 AHM |
| 22 | v. | **[PROPOSED] ORDER RE; CONTINUED STAY AND ABEYANCE OF CASE** |
| 23 | **ROBERT L. AYERS, JR., Warden,** | |
| 24 | Respondent. | Hon. A. Howard Matz U.S. District Judge |

25

26

27

28

KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, LLP
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorney for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone: (213) 620-6059
  Fax: (213) 897-6496
  Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA,<br><br>                   Petitioner,<br><br>     v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>                   Respondent. | **DEATH PENALTY CASE**<br><br>CV-89-7130 AHM<br><br>**[PROPOSED] ORDER RE: CONTINUED STAY AND ABEYANCE OF CASE**<br><br><br>Hon. A. Howard Matz<br>U.S. District Judge |
|---|---|

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that this matter shall continue to be stayed and held in abeyance pending the resolution of Petitioner's Fifth State Habeas Petition which is currently pending

1

before the California Supreme Court. Within twenty days of a ruling on the Fifth State Habeas Petition by the California Supreme Court, Petitioner shall file a copy of the written order with this Court.

Dated: June 25, 2008

_____
HON. A. HOWARD MATZ
United States District Court Judge

LA1989XW0007
Miranda_[Proposed] Order.wpd

2