KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorneys for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 620-6059
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ADAM MIRANDA,** | **DEATH PENALTY CASE** |
| Petitioner, | CV-89-7130 AHM |
| v. | **ORDER RE; CONTINUED STAY AND ABEYANCE OF CASE** |
| **ROBERT L. AYERS, JR., Warden,** | |
| Respondent. | Hon. A. Howard Matz<br>U.S. District Judge |

1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, LLP
   A Limited Liability Law Partnership
3  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
4  Telephone: (626) 685-2550
   Fax:  (626) 685-2562
5  Attorney for Petitioner,
   ADAM MIRANDA
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
      300 South Spring Street, Suite 1702
13    Los Angeles, CA  90013
      Telephone: (213) 620-6059
14    Fax: (213) 897-6496
      Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17            IN THE UNITED STATES DISTRICT COURT

18            FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| 20 | **ADAM MIRANDA,** | **DEATH PENALTY CASE** |
|---|---|---|
| 21 | Petitioner, | CV-89-7130 AHM |
| 22 | v. | **ORDER RE: CONTINUED STAY AND ABEYANCE OF CASE** |
| 23 | **ROBERT L. AYERS, JR., Warden,** | |
| 24 | Respondent. | |
| 25 | | Hon. A. Howard Matz<br>U.S. District Judge |

26        **GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED**

27 that this matter shall continue to be stayed and held in abeyance pending the resolution

28 of Petitioner's Fifth State Habeas Petition which is currently pending before the

1

1  California Supreme Court.  Within twenty days of a ruling on the Fifth State Habeas
2  Petition by the California Supreme Court, Petitioner shall file a copy of the written
3  order with this Court.
4
5
6
7  Dated:  June 27, 2008
   _____
   HON. A. HOWARD MATZ
8  United States District Court Judge

# NOTICE PARTY SERVICE LIST

**Case No.** _____   **Case Title** _____

**Title of Document** _____

| | |
|---|---|
| ☐ | Atty Sttlmnt Officer Panel Coordinator |
| ☐ | BAP (Bankruptcy Appellate Panel) |
| ☐ | Beck, Michael J (Clerk, MDL Panel) |
| ☐ | BOP (Bureau of Prisons) |
| ☐ | CA St Pub Defender (Calif. State PD) |
| ☐ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| ☐ | Case Asgmt Admin (Case Assignment Administrator) |
| ☐ | Catterson, Cathy (9th Circuit Court of Appeal) |
| ☐ | Chief Deputy Admin |
| ☐ | Chief Deputy Ops |
| ☐ | Clerk of Court |
| ☐ | Death Penalty H/C (Law Clerks) |
| ☐ | Dep In Chg E Div |
| ☐ | Dep In Chg So Div |
| ☐ | Federal Public Defender |
| ☐ | Fiscal Section |
| ☐ | Intake Section, Criminal LA |
| ☐ | Intake Section, Criminal SA |
| ☐ | Intake Supervisor, Civil |
| ☐ | PIA Clerk - Los Angeles (PIALA) |
| ☐ | PIA Clerk - Riverside (PIAED) |
| ☐ | PIA Clerk - Santa Ana (PIASA) |
| ☐ | PSA - Los Angeles (PSALA) |
| ☐ | PSA - Riverside (PSAED) |
| ☐ | PSA - Santa Ana (PSASA) |
| ☐ | Schnack, Randall (CJA Supervising Attorney) |
| ☐ | Statistics Clerk |

| | |
|---|---|
| ☐ | US Attorneys Office - Civil Division -L.A. |
| ☐ | US Attorneys Office - Civil Division - S.A. |
| ☐ | US Attorneys Office - Criminal Division -L.A. |
| ☐ | US Attorneys Office - Criminal Division -S.A. |
| ☐ | US Bankruptcy Court |
| ☐ | US Marshal Service - Los Angeles (USMLA) |
| ☐ | US Marshal Service - Riverside (USMED) |
| ☐ | US Marshal Service -Santa Ana (USMSA) |
| ☐ | US Probation Office (USPO) |
| ☐ | US Trustee's Office |
| ☐ | Warden, San Quentin State Prison, CA |

☐ ***ADD NEW NOTICE PARTY***
**(if sending by fax, mailing address must also be provided)**

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

\* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** _____