UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV89-7130-AHM | Date | November 15, 2008 |
|---|---|---|---|
| Title | MIRANDA v. VASQUEZ | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:    Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS:  AMENDED ORDER RE ELECTRONIC FILING

Effective January 1, 2008, electronic filing has been mandatory for most new and pending civil cases in the United States District Court for the Central District of California.  Self-represented litigants and attorneys who take appropriate steps to opt out of the system need not comply with the following requirements.

All documents which are required to be filed in an electronic format pursuant to General Order No. 08-03 must be filed electronically no later than midnight on the date due, unless otherwise ordered by the Court.  Documents filed late may be stricken by the Court.  The Court will not accept documents which were filed electronically, but which otherwise fail to comply with filing requirements.

  A. First step: <u>Electronically Filed Proposed Documents</u>. When a proposed order or other proposed document accompanies a filing, the proposed order or other proposed document shall be in PDF format and included, as an attachment, to the main electronically filed document (e.g., stipulations, applications, motions). Proposed orders or other proposed documents that are not filed with a main document, such as a proposed judgment or proposed findings of fact, shall be electronically filed as an attachment to a Notice of Lodging and shall be electronically linked to the order or minute order directing the preparation of the proposed document.

  B. Second step: <u>WordPerfect or Microsoft Word Copy of Proposed Documents</u>.  After the document in paragraph A has been electronically filed, a WordPerfect or Microsoft Word version of the document, along with a copy of the PDF electronically filed main document, shall be e-mailed to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV89-7130-AHM | Date | November 15, 2008 |
|---|---|---|---|
| Title | MIRANDA v. VASQUEZ | | |

Judge Matz's generic email address which is: ahm_chambers@cacd.uscourts.gov. The subject line of the e-mail shall be in the following format: court's divisional office, year, case type, case number, document control number assigned to the main document at the time of filing, judge's initials and filer (party) name.

C. Third step: <u>Chambers Paper Copies</u>. Unless otherwise ordered, chambers paper copies of all electronically filed documents must be delivered to the courtesy box outside chambers no later than 12:00 noon the following business day. The chambers paper copies must comply with Local Rule 11-3, i.e., blue backed, font size, page numbering, tabbed exhibits, etc., unless otherwise directed. IF A DOCUMENT CONTAINS EXHIBITS THAT ARE NOT TABBED, THE COURT MAY DECLINE TO READ THE EXHIBITS. The chambers paper copy must be prominently labeled "CHAMBERS COPY" on the face page. The chambers paper copy must include the Notice of Electronic Filing, which should be the last page of the document. The court's CM/ECF website contains additional instructions for delivery of what are sometimes called "courtesy" copies.

Counsel seeking any kind of expedited relief, such as by an *Ex Parte* Application or an application for a Temporary Restraining Order, shall deliver the chambers paper copies to chambers *immediately* after the applicable filed document(s) have been filed.

If counsel cannot deliver chambers copies, but instead must send them by next day mail, the chambers copy should be mailed directly to chambers at the address below. Do <u>not</u> address the item to the Court or the Clerk of Court. Always mail chambers copies in a separate envelope than documents mailed to the intake department for filing.

U.S. District Court
Chambers of Judge A. Howard Matz
312 North Spring Street, Room 170
Los Angeles, CA 90012

| | : | |
|---|---|---|
| Initials of Preparer | | SMO |