1  KERRY R. BENSINGER, State Bar No. 132178
   **BENSINGER, RITT, TAI & THVEDT**
2  A Limited Liability Law Partnership
   65 N. Raymond Avenue, Suite 320
3  Pasadena, CA 91103
   Tel:  (626) 685-2550
4  Fax:  (626) 685-2562

5  Attorney for Petitioner ADAM MIRANDA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MIRANDA,<br><br>   Petitioner,<br><br> v.<br><br>ROBERT L. AYERS, Jr., in his capacity as Warden of San Quentin Prison<br><br>   Respondent.<br>_____ | Case No. CV 89-7130-AHM<br><br>**NOTICE RE: APPOINTMENT OF COUNSEL TO STATE COURT BENCH; APPLICATION TO BE RELIEVED AND FOR APPOINTMENT OF SUCCESSOR COUNSEL; DECLARATION OF KERRY BENSINGER** |

**NOTICE IS HEREBY** given that Kerry R. Bensinger was appointed by Governor Brown to be a Los Angeles County Superior Court Judge. As such, Mr. Bensinger can no longer practice law and can no longer act as counsel of record for Petitioner in this matter and seeks to be relieved.

**REQUEST IS HEREBY MADE** for appointment of successor counsel. On or about June 27, 2008, the parties filed a joint stipulation (Docket No. 278) to continue the stay and abeyance of this matter pending the resolution of the Fifth State Court Habeas Petitioner, S151264, before the California Supreme Court. *See,* Exhibit A to attached Declaration of Kerry Bensinger. The Fifth State Habeas

1 | Petition, S151264, is still currently pending before the California Supreme Court and
2 | as such, this matter is also currently stayed.
3 |     In order to assure a smooth transition of this case once the stay is lifted,
4 | counsel should be appointed to represent Petitioner Miranda. Mr. Joel Thvedt, who
5 | is a former Assistant United States Attorney and currently a member of the Federal
6 | Indigent Defense Panel for the Central District of California, has agreed to accept
7 | appointment of this case should the Court appoint him.

9 | DATED: January 27, 2012

Respectfully submitted,

BENSINGER, RITT, TAI & THVEDT
A Limited Liability Partnership

By: /s/ Kerry Bensinger
KERRY R. BENSINGER
Attorneys for Petitioner
ADAM MIRANDA

# **DECLARATION OF KERRY R. BENSINGER**

I, KERRY R. BENSINGER, declare and say as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California, the Federal District Court for the Central, Eastern and Southern Districts of California, and the Ninth and Eleventh Circuits Court of Appeals. I am a member of the Federal Indigent Defense Panel for the Central District of California. I am a partner with the law firm of Bensinger, Ritt, Tai & Thvedt, LLP.

2. I have been appointed to be a Los Angeles County Superior Court Judge. As such, I can no longer practice law and can no longer represent Petitioner Adam Miranda.

3. On or about June 27, 2008, the parties filed a joint stipulation (DKT # 278) to stay this matter pending the resolution of the Fifth State Habeas Petition filed before the California Supreme Court. (Attached as Exhibit A). Thereafter, this Court issued a stay and abeyance order (DKT # 279) stating that this matter would remain stayed and held in abeyance until after the California Supreme Court ruled upon the Fifth State Habeas Petition. That petition is still currently pending before the California Supreme Court. Accordingly, this matter is currently stayed.

4. As the Court may recall, the Miranda case was originally a death penalty case. After several evidentiary hearings in the state courts, the California Supreme Court reversed the death penalty (*In re Adam Miranda*, 43 Cal.4th 541 (2008)) and as a result of the subsequent proceedings held before the Los Angeles County Superior Court, Case No. A362694, Mr. Miranda's case is no longer a capital case.

1 Mr. Miranda has been sentenced to life without parole. Nonetheless, the issues raised
2 in the Second Amended Federal Habeas Petition pending before this court address
3 numerous guilt phase claims. As such, Petitioner still requires appointed counsel to
4 assist with this very complicated matter.

6      5.    I have discussed this case with my current law partner, Joel Thvedt.
7 Mr. Thvedt is a former Assistant United States Attorney and is currently a member of
8 the Federal Indigent Defense Panel for the Central District of California. As part of
9 the firm, Mr. Thvedt is somewhat familiar with the Miranda case and is in a better
10 position than any other member of the Federal Habeas Indigent Defense Panel to
11 take on this voluminous matter. Moreover all of the boxes of documents (well over
12 50 boxes) and the pleadings are at Mr. Thvedt's current firm. Mr. Jay Ritt, one of
13 Mr. Thvedt's current partners, also assisted for a time on the Miranda case and may
14 be a helpful resource to Mr. Thvedt. Given all of the complexities of the Miranda
15 case, its convoluted procedural history and voluminous record, finding qualified
16 counsel to come up to speed, once the stay is lifted, to represent Mr. Miranda is going
17 to be difficult. Fortunately, however, Mr. Thvedt, who is already somewhat familiar
18 with the case, is willing to accept the appointment should the Court decide to appoint
19 counsel.

21      I declare under penalty of perjury under the laws of the State of California and
22 the United States that the foregoing is true and correct to the best of my knowledge.

24      Executed this __27__ day of January, 2012, at Pasadena, California.

*/s/ Kerry Bensinger*
KERRY R. BENSINGER

# Exhibit A

1 KERRY R. BENSINGER
State Bar No. 132178
2 BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership
3 65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
4 Telephone: (626) 685-2550
Fax: (626) 685-2562
5 Attorneys for Petitioner,
ADAM MIRANDA

7 EDMUND G. BROWN JR.
Attorney General of the State of California
8 DANE R. GILLETTE
Chief Assistant Attorney General
9 PAMELA C. HAMANAKA
Senior Assistant Attorney General
10 KEITH H. BORJON
Supervising Deputy Attorney General
11 MICHAEL A. KATZ
Deputy Attorney General
12 State Bar No. 129887
   300 South Spring Street, Suite 1702
13   Los Angeles, CA  90013
   Telephone: (213) 620-6059
14   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov
15
Attorneys for Respondent

17                IN THE UNITED STATES DISTRICT COURT
18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA, | **DEATH PENALTY CASE** |
|---|---|
| Petitioner, | CV-89-7130 AHM |
| v. | **JOINT STIPULATION TO CONTINUED STAY AND ABEYANCE OF CASE** |
| ROBERT L. AYERS, JR., Warden, | |
| Respondent. | Hon. A. Howard Matz U.S. District Judge |

1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, LLP
   A Limited Liability Law Partnership
3  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
4  Telephone: (626) 685-2550
   Fax: (626) 685-2562
5  Attorney for Petitioner,
   ADAM MIRANDA
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
       300 South Spring Street, Suite 1702
13     Los Angeles, CA 90013
       Telephone: (213) 620-6059
14     Fax: (213) 897-6496
       Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17              IN THE UNITED STATES DISTRICT COURT

18              FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| 20  ADAM MIRANDA,           | **DEATH PENALTY CASE**              |
|                             |                                     |
| 21                Petitioner, | CV-89-7130 AHM                     |
|                             | **JOINT STIPULATION TO**            |
| 22  v.                      | **CONTINUED STAY AND**              |
|                             | **ABEYANCE OF CASE**                |
| 23  ROBERT L. AYERS, JR., Warden, |                               |
|                             |                                     |
| 24                Respondent. |                                   |
|                             | Hon. A. Howard Matz                 |
| 25                          | U.S. District Judge                 |

26         Based on the procedural history explained in detail in the concurrently filed

27  joint status report, the parties do hereby request and stipulate that pursuant to this

28  Court's Order of November 20, 1996, staying and holding in abeyance the Second

                                        1

1 | Amended Federal Habeas Corpus Petition, this matter should continue to be stayed
2 | and held in abeyance until the California Supreme Court rules upon Petitioner's Fifth
3 | State Habeas Petition. Within twenty days of a ruling on the Fifth State Habeas
4 | Petition by the California Supreme Court, Petitioner shall file a copy of the written
5 | order with this Court.

Dated: June 26, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

*/s/ Michael A. Katz*

MICHAEL A. KATZ
Deputy Attorney General
Attorneys for Respondent, ROBERT AYERS, JR

BENSINGER, RITT, TAI & THVEDT, LLP

*/s/ Michael A. Katz for Kerry R. Bensinger*

KERRY R. BENSINGER
Attorney at Law
Attorney for Petitioner, ADAM MIRANDA

LA1989XW0007
60314122.wpd

KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, L.L.P.
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorneys for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 620-6059
  Fax: (213) 897-6496
  Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA, | **DEATH PENALTY CASE** |
|---|---|
| Petitioner, | CV-89-7130 AHM |
| v. | **[PROPOSED] ORDER RE; CONTINUED STAY AND ABEYANCE OF CASE** |
| ROBERT L. AYERS, JR., Warden, | |
| Respondent. | Hon. A. Howard Matz U.S. District Judge |

KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, LLP
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorney for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 620-6059
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA,<br><br>Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>Respondent. | **DEATH PENALTY CASE**<br><br>CV-89-7130 AHM<br><br>**[PROPOSED] ORDER RE: CONTINUED STAY AND ABEYANCE OF CASE**<br><br>Hon. A. Howard Matz<br>U.S. District Judge |
|---|---|

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that this matter shall continue to be stayed and held in abeyance pending the resolution of Petitioner's Fifth State Habeas Petition which is currently pending

1

before the California Supreme Court. Within twenty days of a ruling on the Fifth State Habeas Petition by the California Supreme Court, Petitioner shall file a copy of the written order with this Court.

Dated: June 25, 2008

HON. A. HOWARD MATZ
United States District Court Judge

LA1989XW0007
Miranda_[Proposed] Order.wpd

2

1  KERRY R. BENSINGER
   State Bar No. 132178
2  BENSINGER, RITT, TAI & THVEDT, L.L.P.
   A Limited Liability Law Partnership
3  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
4  Telephone: (626) 685-2550
   Fax: (626) 685-2562
5  Attorneys for Petitioner,
   ADAM MIRANDA
6

7  EDMUND G. BROWN JR.
   Attorney General of the State of California
8  DANE R. GILLETTE
   Chief Assistant Attorney General
9  PAMELA C. HAMANAKA
   Senior Assistant Attorney General
10 KEITH H. BORJON
   Supervising Deputy Attorney General
11 MICHAEL A. KATZ
   Deputy Attorney General
12 State Bar No. 129887
      300 South Spring Street, Suite 1702
13    Los Angeles, CA 90013
      Telephone: (213) 620-6059
14    Fax: (213) 897-6496
      Email: DocketingLAAWT@doj.ca.gov
15
   Attorneys for Respondent
16

17              IN THE UNITED STATES DISTRICT COURT

18             FOR THE CENTRAL DISTRICT OF CALIFORNIA

19

| ADAM MIRANDA, | **DEATH PENALTY CASE** |
|---|---|
| Petitioner, | CV-89-7130 AHM |
| v. | ORDER RE; CONTINUED STAY AND ABEYANCE OF CASE |
| ROBERT L. AYERS, JR., Warden, | |
| Respondent. | Hon. A. Howard Matz<br>U.S. District Judge |

KERRY R. BENSINGER
State Bar No. 132178
BENSINGER, RITT, TAI & THVEDT, LLP
A Limited Liability Law Partnership
65 N. Raymond Avenue, Suite 320
Pasadena, CA 91103
Telephone: (626) 685-2550
Fax: (626) 685-2562
Attorney for Petitioner,
ADAM MIRANDA

EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
KEITH H. BORJON
Supervising Deputy Attorney General
MICHAEL A. KATZ
Deputy Attorney General
State Bar No. 129887
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013
   Telephone: (213) 620-6059
   Fax: (213) 897-6496
   Email: DocketingLAAWT@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| ADAM MIRANDA,<br><br>                  Petitioner,<br><br>v.<br><br>ROBERT L. AYERS, JR., Warden,<br><br>                  Respondent. | **DEATH PENALTY CASE**<br><br>CV-89-7130 AHM<br><br>**ORDER RE: CONTINUED STAY AND ABEYANCE OF CASE**<br><br>Hon. A. Howard Matz<br>U.S. District Judge |
|---|---|

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that this matter shall continue to be stayed and held in abeyance pending the resolution of Petitioner's Fifth State Habeas Petition which is currently pending before the

1 | California Supreme Court. Within twenty days of a ruling on the Fifth State Habeas
2 | Petition by the California Supreme Court, Petitioner shall file a copy of the written
3 | order with this Court.

7 | Dated: June 27, 2008

HON. A. HOWARD MATZ
United States District Court Judge

2

# NOTICE PARTY SERVICE LIST

**Case No.** CV89-07130-AHM    **Case Title** Miranda v. Ayers, Jr.

**Title of Document** Order

|   | Notice Party |   | Notice Party |
|---|---|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |   | US Attorneys Office - Civil Division -L.A. |
|   | BAP (Bankruptcy Appellate Panel) |   | US Attorneys Office - Civil Division - S.A. |
|   | Beck, Michael J (Clerk, MDL Panel) |   | US Attorneys Office - Criminal Division -L.A. |
|   | BOP (Bureau of Prisons) |   | US Attorneys Office - Criminal Division -S.A. |
| ✓ | CA St Pub Defender (Calif. State PD) |   | US Bankruptcy Court |
| ✓ | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |   | US Marshal Service - Los Angeles (USMLA) |
|   | Case Asgmt Admin (Case Assignment Administrator) |   | US Marshal Service - Riverside (USMED) |
|   |   |   | US Marshal Service -Santa Ana (USMSA) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |   | US Probation Office (USPO) |
|   | Chief Deputy Admin |   | US Trustee's Office |
|   | Chief Deputy Ops |   | Warden, San Quentin State Prison, CA |
|   | Clerk of Court |   |   |
| ✓ | Death Penalty H/C (Law Clerks) |   |   |
|   | Dep In Chg E Div |   |   |
|   | Dep In Chg So Div |   |   |
|   | Federal Public Defender |   |   |
|   | Fiscal Section |   |   |
|   | Intake Section, Criminal LA |   |   |
|   | Intake Section, Criminal SA |   |   |
|   | Intake Supervisor, Civil |   |   |
|   | PIA Clerk - Los Angeles (PIALA) |   |   |
|   | PIA Clerk - Riverside (PIAED) |   |   |
|   | PIA Clerk - Santa Ana (PIASA) |   |   |
|   | PSA - Los Angeles (PSALA) |   |   |
|   | PSA - Riverside (PSAED) |   |   |
|   | PSA - Santa Ana (PSASA) |   |   |
|   | Schnack, Randall (CJA Supervising Attorney) |   |   |
|   | Statistics Clerk |   |   |

***ADD NEW NOTICE PARTY***
(if sending by fax, mailing address must also be provided)

Name:

Firm:

Address (*include suite or floor*):

*E-mail:

*Fax No.:

* For CIVIL cases only

***JUDGE / MAGISTRATE JUDGE (list below):***

**Initials of Deputy Clerk** SMO

G-75 (03/07)                                    NOTICE PARTY SERVICE LIST