1              **CERTIFICATE OF SERVICE**

2

3    Case Name:   ***Miranda vs. Ayers***              Case No.:   CV 89-7130-AHM

4

5          I hereby certify that on **January 27, 2012,** I electronically filed documents with the Clerk of

6    the Court by using the CM/ECF system described as:

7                  **NOTICE RE: APPOINTMENT OF COUNSEL TO
          STATE COURT BENCH; APPLICATION TO BE RELIEVED**
8          **AND FOR APPOINTMENT OF SUCCESSOR COUNSEL;
                 DECLARATION OF KERRY BENSINGER; and**
9    **[PROPOSED] ORDER GRANTING REQUEST TO BE RELIEVED
                AND APPOINTMENT OF SUCCESSOR COUNSEL**

10

11         I certify that all registered CM/ECF participants in the case were served electronically through

12   the United States District Court-Southern District CM/ECF website as evidenced on the Notice of

13   Electronic Filing.

14         On January 27, 2012, I also served the foregoing documents by mail on the interested parties in

15   this action who are not registered CM/ECF users in this case by placing a true copy thereof enclosed in

16   a sealed envelope addressed as follows:

17                       **Adam Miranda, Petitioner**
                                C-06481
18                          RJD – F3-12-232L
                        Post Office Box 799003
19                        San Diego, CA 92179

20                       **Joel A. Thvedt**
                  BENSINGER, RITT, TAI & THVEDT
21                 65 North Raymond Ave., Suite 320
                         Pasadena, CA 91103

22

23         I declare under penalty of perjury under the laws of the State of California that the foregoing is

24   true and correct.

25         Executed on **January 27, 2012,** at Pasadena, California.

26

27                                    _Lisa M. Wells_

28                                   LISA M. WELLS