1  KERRY R. BENSINGER, State Bar No. 132178
   **BENSINGER, RITT, TAI & THVEDT**
2  A Limited Liability Law Partnership
   65 N. Raymond Avenue, Suite 320
3  Pasadena, CA 91103
   Tel:   (626) 685-2550
4  Fax:   (626) 685-2562

5  Attorney for Petitioner ADAM MIRANDA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM MIRANDA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT L. AYERS, Jr., in his capacity as Warden of San Quentin Prison<br><br>　　　　Respondent. | Case No. CV 89-07130-AHM<br><br>**ORDER GRANTING REQUEST TO BE RELIEVED AND APPOINTMENT OF SUCCESSOR COUNSEL** |

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that Kerry Bensinger is relieved as counsel of record and Mr. Joel Thvedt, panel-attorney, is hereby appointed in his place as counsel for Petitioner ADAM MIRANDA.

DATED: January 27, 2012

_____
HON. A. HOWARD MATZ
United States District Judge

cc: **CJA**

1